UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOAH DEVON STIRN,

    Plaintiff,

v.                                  Case No. 3:25cv197-LC-HTC

LIEUTENANT CASTRO, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On February 26, 2025, the Court deferred ruling on Plaintiff Noah Stirn's motion to proceed *in forma pauperis* and ordered him to, within twenty-one days, either: (1) pay the $405 filing fee; or (2) submit a financial certificate signed by an authorized jail official and a printout of the transactions in his inmate trust account for the six months preceding the filing of the complaint. Doc. 4. The Court warned Stirn that his failure to comply with the February 26 Order could result in a recommendation that this case be dismissed. After Stirn failed to comply within the allotted time, the Court ordered him on March 27, 2025, to show cause within fourteen days why this case should not be dismissed due to his failure to comply with the February 26 Order. Doc. 6.

To date, Stirn has not responded to the March 27 Order or complied with the February 26 Order. Based on the foregoing, dismissal of this case is appropriate.

*See Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted); *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Stirn's failure to comply with Court orders.

2. That all pending motions (Docs. 2 & 5) be terminated as MOOT.

3. That the clerk close the file.

At Pensacola, Florida, this 17th day of April, 2025.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. See 11th Cir. Rule 3-1.