UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOAH DEVON STIRN,

    Plaintiff,

v.                                          Case No. 3:25cv197-LC-HTC

LIEUTENANT CASTRO, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 17, 2025 (ECF No. 7), recommending that this case be dismissed without prejudice due to Plaintiff's failure to comply with Court orders. Efforts were made to furnish Plaintiff a copy of the Report and Recommendation and to afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Mail was returned as undeliverable. No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to comply with Court orders.

3. All pending motions (ECF Nos. 2 & 5) are terminated as MOOT.

4. The clerk shall close the file.

**DONE AND ORDERED** this 12th day of May, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv197-LC-HTC